## STATE v. JOYCE

No. 147P90

Case below: 97 N.C.App. 464

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## STATE v. MARTIN

No. 166P90

Case below: 97 N.C.App. 604

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## STATE v. MAYSE

No. 177P90

Case below: 97 N.C.App. 559

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## STATE v. MILLS

No. 139P90

Case below: 97 N.C.App. 507

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

## STATE v. MOORE

No. 136P90

Case below: 97 N.C.App. 507

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.